IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2016 OCT 18  PM 4: 07

OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>   vs.<br><br>MICHAEL HALSTEAD,<br><br>                    Defendant. | 8:16CR 297<br><br>INDICTMENT<br>18 U.S.C. § 2252A(a)(2) |

The Grand Jury charges that

## COUNT I

From on or about May, 2016, and continuing to on or about June 4, 2016, in the District of Nebraska, MICHAEL HALSTEAD, the defendant herein, did knowingly receive and attempted to receive, any child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that has been mailed, and using any means and facility of interstate and foreign commerce shipped and transported in and affecting interstate and foreign commerce by any means, including by computer; and any material that contains child pornography that has been mailed, and using any means and facility of interstate and foreign commerce shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Section 2252A(a)(2).

A TRUE BILL.

_____
FOREPERSON

1

DEBORAH R. GILG
United States Attorney
District of Nebraska


The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

MICHAEL P. NORRIS
Assistant United States Attorney