**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | **8:16CR297** |
| **vs.** | |
| | **JUDGMENT** |
| **MICHAEL HALSTEAD,** | |
| **Defendant.** | |

In accordance with the Memorandum and Order issued this day,

IT IS ORDERED:

1.  The Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody, ECF No. 36, is denied;

2.  The Defendant's Application to Proceed in District Court without Prepayment of Fees or Costs, ECF No. 38, is denied as moot;

3.  The Defendant's Motion for Appointment of Counsel, ECF No. 40, is denied as moot; and

4.  The Clerk will mail a copy of this Judgment to Defendant at the Defendant's last known address.

Dated this 20th day of June, 2018.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge